

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00721-CV

**402 LONE STAR PROPERTY, LLC** and Craig Otto,
Appellants

v.

Barry L. **BRADFORD**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08653
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The clerk's record was due October 31, 2016, but was not filed. On November 1, 2016, the clerk filed a notification of late record stating the clerk's record was not filed because appellants have not paid or made arrangements to pay the clerk's fee to prepare the record and appellants are not entitled to the record without paying the fee. We ordered appellants to provide written proof to this court that either (1) the clerk's fee had been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellants were entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). We advised that if appellants failed to file such proof within the time provided, this appeal would be dismissed for want of prosecution. *See id.* R. 37.3(b).

In response, appellants filed proof that they had provided payment to the clerk for preparation of the clerk's record. Accordingly, we **ORDER** the Bexar County District Clerk to file the clerk's record in this court on or before **December 21, 2016**.

We **order** the clerk of this court to serve copies of this order on Craig Otto, all current counsel, the district clerk, and the court reporters.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.



Keith E. Hottle
Clerk of Court